UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES BOYAN, as Personal Representative
of the Estate of Jeffrey Boyan, deceased and
on behalf of his survivors,

                    Plaintiff,

v.                                                          Case No.  5:11-cv-593-Oc-10TBS

FIRST ACCEPTANCE INSURANCE
COMPANY,

                    Defendant.
_____

<u>ORDER</u>

        Pending before the Court is The Parties' Renewed Joint Motion to Conduct the

Case Management Conference Telephonically (Doc. No. 21).  After due

consideration, the motion is GRANTED.  Counsel for the parties may conduct the

Case Management Conference in this action telephonically.

        IT IS SO ORDERED.

        DONE AND ORDERED in Ocala, Florida, on December 22, 2011.


                                                        THOMAS B. SMITH
                                                        United States Magistrate Judge


        Copies to all Counsel