UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES BOYAN, as Personal Representative
of the Estate of Jeffrey Boyan, deceased and
on behalf of his survivors,

    Plaintiff,

v.     Case No. 5:11-cv-593-Oc-10TBS

FIRST ACCEPTANCE INSURANCE
COMPANY,

    Defendant.

## ORDER

Pending before the Court is The Parties' Renewed Joint Motion to Conduct the Case Management Conference Telephonically (Doc. No. 21). After due consideration, the motion is GRANTED. Counsel for the parties may conduct the Case Management Conference in this action telephonically.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on December 22, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel