UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES BOYAN, as Personal
Representative of the Estate of Jeffrey
Boyan, deceased and on behalf of his
survivors,

    Plaintiff,

v.                                              Case No. 5:11-cv-593-Oc-10TBS

FIRST ACCEPTANCE INSURANCE
COMPANY,

    Defendant.
_____

## ORDER

Movant's, Gary Marietta, Motion for Dissolution of Plaintiff's Writ of Garnishment Directed to First Acceptance Insurance Company (Doc. 11) has been referred to the undersigned. The Court has reviewed the docket and finds that plaintiff has not filed a response to the motion. The Court also does not find in the record a copy of plaintiff's state court motion for the issuance of the writ. In light of § 77.07 Florida Statutes, the contents of this motion would appear to be material to the disposition of the motion to dissolve. Finally, the Court wonders why Mr. Marietta would seek to dissolve the writ since its purpose is to recover money from his insurance carrier which, if paid, would appear to benefit him? Now, the Court is reluctant to act on the motion to dissolve without additional information and therefore, the parties have 14 days from the rendition of this Order within to file legal memoranda directed to the motion for dissolution of the writ of garnishment.

ORDERED IN CHAMBERS in Ocala, Florida, on January 13, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to Counsel